No. 71–1554. UNITED STATES CHAMBER OF COMMERCE *v.* FRANCIS ET AL. Appeal from D. C. Md. Motion of appellee Wright for leave to proceed *in forma pauperis* granted. Motion for consolidation with No. 71–1447 [*Davidson* v. *Francis, supra*] and for other relief denied. Appeal dismissed for want of jurisdiction.

No. 71–6740. LLOYD ET AL. *v.* THIRD JUDICIAL DISTRICT COURT IN AND FOR SALT LAKE COUNTY. Appeal from Sup. Ct. Utah dismissed, it appearing that the judgment below rests upon an adequate state ground.

No. 72–189. KISLEY, TRADING AS FALLS CHURCH HEALTH CENTER, ET AL. *v.* CITY OF FALLS CHURCH ET AL. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.